B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Southern District of Indiana

In re  **Arden Johnson**                                                          ,

Debtor

Case No.  **12-07138-FJO**

Chapter                              **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,034,000.00 | | |
| B - Personal Property | Yes | 5 | 28,346.07 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,889,815.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 2,780.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 4,120,798.51 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 3,500.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 12,095.00 |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 2,062,346.07 | | |
| Total Liabilities | | | | 7,013,393.51 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Arden Johnson**
_____,    Case No. ___**12-07138-FJO**_____
Debtor

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Arden Johnson**                                                    ,    Case No.    **12-07138-FJO**
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 20880 St. Road 37 N., Noblesville IN 46060** | **Tenants by Entireties** | **-** | **1,500,000.00** | **2,108,899.00** |
| **Property was appraised approximately 3 years ago by Keller Williams** **Property has been for sale for over 3.5 years.** | | | | |
| **Location: 319 Walnut Street, Atlantic, Iowa 50022** | | **-** | **249,000.00** | **295,916.00** |
| **Date of Purchase: 2005** | | | | |
| **Appraisal in 2005 assessed fair market value between $258,000 to $262,000. Market value listed is reflective of current real estate values** | | | | |
| **Location: 20880 St. Road 37 N., Noblesville IN 46060** | **tenants by entireties** | **J** | **285,000.00** | **295,000.00** |
| **\* Shares the same address as Debtor's primary residence but is a separate parcel denoted as "The Farm". Consists of 36 acres of land that houses a buffalo farm that is run by debtor's sons. Son's lease the ground and make the monthly payment** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **2,034,000.00** | (Total of this page) |
| Total > | **2,034,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Arden Johnson**                                                          ,    Case No.    **12-07138-FJO**
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H", "W", "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Debtor's Checking Account located at Finance Center Credit Union** | - | 27.57 |
| | | | **Debtor's Checking Account located at PNC Bank** | - | 100.00 |
| | | | **Debtor's Checking Account located at Community Bank** | - | 93.50 |
| | | | **Debtor's Checking Account located at Rolling Hills Bank and Trust (Joint with spouse)** | J | 250.00 |
| | | | **Debtor's Checking Account located at JP Morgan Chase (Joint with spouse)** | J | 79.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Debtor's Used Household Goods and Furnishings** | - | 2,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Debtor's Used Clothing** | - | 500.00 |
| 7. | Furs and jewelry. | | **Debtor's Used Jewelry** | - | 500.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Debtor's Smith and Wesson 460 Performance XVR Handgun, 12 Gauge 500 Series Shotgun and American Eagle 45 Caliber** | - | 275.00 |

| | | |
|---|---|---|
| | Sub-Total >   (Total of this page) | **3,825.07** |

__4__    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Arden Johnson**                                                         ,        Case No.      **12-07138-FJO**
                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Sub-Total >           **0.00**
(Total of this page)

Sheet ___1___ of ___4___ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Arden Johnson**                                          Case No.  **12-07138-FJO**
_____,
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Debtor's Interests in business(es):**<br><br>**1. CSG Construction Inc.**<br><br>**Debtor is a 33% owner in this entity. His spouse owns 33% and Rene Keish owns the remaining 34%. Business has no contracts at this time. Business owns a 2006 Ford F-350 Pick Up Truck with 150,000 miles. No Accounts Receivable**<br><br>**2. DLMK**<br><br>**Debtor has a 17.24135%. Debtor's share of Ordinary Business Loss for 2011 of $12,956**<br><br>**3. DRAK Investments**<br><br>**Debtor has a 25% interest. Rental income $9783. Building is located at 9084 Technology Drive, Fishers, IN 46038. Mortgage on the building is $620,000 for which is debtor is joint and severally liable.**<br><br>**4. ASA Imaging of Indiana, LLC**<br><br>**Debtor is 100% Member. Entity is in a Chapter 11 Bankruptcy under case number 11-05240-AJM-11. Filed on 4/27/11.**<br><br>**5. Muncie Medical Real Estate LLC**<br><br>**Debtor is 51% Member. Assets: Building on 3570 N. Briarwood Lane, Muncie, IN 47304. Debt on building is $680,000 and exceeds the value.**<br><br>**6. Sports of all Sorts Indiana, LLC (Incrediplex Sports)**<br><br>**Debtor is 100% Owner. No assets. Has been for sale for several years.** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | **X** | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | **X** | | | |
| 16. Accounts receivable. | **X** | | | |

Sub-Total >     **0.00**
(Total of this page)

Sheet __**2**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Arden Johnson**                             ,     Case No.   **12-07138-FJO**

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Debtor's 2008 BMW 750 Li Security interest $190,000** | - | 23,321.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

                                          Sub-Total >     **23,321.00**
                                   (Total of this page)

Sheet   **3**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Arden Johnson**                                                    ,    Case No.  **12-07138-FJO**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Debtor's Pet Dog | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Debtor's Miscellaneous Tools and Lawn Tractor | - | 1,200.00 |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 1,200.00 |
| Total > | 28,346.07 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Arden Johnson**                                              ,    Case No.    **12-07138-FJO**
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)     $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)     *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| Location: 20880 St. Road 37 N., Noblesville IN 46060 | Ind. Code § 34-55-10-2(c)(1) | 0.00 | 1,500,000.00 |
| **Property was appraised approximately 3 years ago by Keller Williams** | | | |
| **Property has been for sale for over 3.5 years.** | | | |
| Location: 319 Walnut Street, Atlantic, Iowa 50022 | Ind. Code § 34-55-10-2(c)(2) | 0.00 | 249,000.00 |
| Date of Purchase: 2005 | | | |
| **Appraisal in 2005 assessed fair market value between $258,000 to $262,000.  Market value listed is reflective of current real estate values** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Debtor's Checking Account located at Finance Center Credit Union | Ind. Code § 34-55-10-2(c)(3) | 27.57 | 27.57 |
| Debtor's Checking Account located at PNC Bank | Ind. Code § 34-55-10-2(c)(3) | 100.00 | 100.00 |
| Debtor's Checking Account located at Community Bank | Ind. Code § 34-55-10-2(c)(3) | 93.50 | 93.50 |
| Debtor's Checking Account located at Rolling Hills Bank and Trust (Joint with spouse) | Ind. Code § 34-55-10-2(c)(3) | 128.93 | 250.00 |
| Debtor's Checking Account located at JP Morgan Chase (Joint with spouse) | Ind. Code § 34-55-10-2(c)(3) | 0.00 | 79.00 |
| **Household Goods and Furnishings** | | | |
| Debtor's Used Household Goods and Furnishings | Ind. Code § 34-55-10-2(c)(2) | 2,000.00 | 2,000.00 |
| **Wearing Apparel** | | | |
| Debtor's Used Clothing | Ind. Code § 34-55-10-2(c)(2) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Debtor's Used Jewelry | Ind. Code § 34-55-10-2(c)(2) | 500.00 | 500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Debtor's Smith and Wesson 460 Performance XVR Handgun, 12 Gauge 500 Series Shotgun and American Eagle 45 Caliber | Ind. Code § 34-55-10-2(c)(2) | 275.00 | 275.00 |

   __1__   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Arden Johnson**                                                      ,     Case No.   **12-07138-FJO**
                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **Debtor's 2008 BMW 750 Li** | **Ind. Code § 34-55-10-2(c)(2)** | **0.00** | **23,321.00** |
| **Security interest $190,000** | | | |
| | | | |
| **Animals** | | | |
| **Debtor's Pet Dog** | **Ind. Code § 34-55-10-2(c)(2)** | **0.00** | **0.00** |
| | | | |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Debtor's Miscellaneous Tools and Lawn Tractor** | **Ind. Code § 34-55-10-2(c)(2)** | **1,200.00** | **1,200.00** |

|  | Total: | **4,825.00** | **1,777,346.07** |
|---|---|---:|---:|

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re __**Arden Johnson**_____,  Case No. __**12-07138-FJO**_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Carl & Fern Barnes**<br>**1611 Grove Dr.**<br>**Fort Wayne, IN 46825** | | - | **Non-Purchase Money Security**<br><br>**Debtor's 2008 BMW 750 LI**<br>**and Debtor's 25% interest in DRAK Investments LLC**<br><br>Value $                23,321.00 | | | | 190,000.00 | 166,679.00 |
| Account No.<br><br>**Cass County Treasurer**<br>**5 W. 7th Street**<br>**Atlantic, IA 50022** | | - | **2012**<br>**Property Taxes**<br>**Location: 319 Walnut Street, Atlantic, Iowa 50022**<br>**Date of Purchase: 2005**<br>**Appraisal in 2005 assessed fair market value between $258,000 to $262,000.**<br>**Market value listed is reflective of**<br>Value $                249,000.00 | | | | 5,916.00 | 5,916.00 |
| Account No. **xxxxxxxxx6012**<br><br>**Chase**<br>**10790 Rancho Bernardo Rd**<br>**San Diego, CA 92127** | X | - | **Opened 10/13/05  Last Active  1/01/12**<br>**Mortgage**<br>**Location: 20880 St. Road 37 N., Noblesville IN 46060**<br>**Foreclosure Suit Filed: 29D01-1205-MF 5649**<br>**Date of Purchase:**<br>**Purchase Date:**<br>Value $              1,500,000.00 | | | | 1,799,999.00 | 299,999.00 |
| Account No.<br><br>**Community Bank**<br>**830 Logan Street**<br>**Noblesville, IN 46060-2223** | X | - | **Mortgage**<br>**Location: 20880 St. Road 37 N., Noblesville IN 46060**<br>**\* Shares the same address as Debtor's primary residence but is a separate parcel denoted as "The Farm".  Consists of 36 acres of land that houses a buffalo farm that is run by debtor's**<br>Value $                285,000.00 | | | | 295,000.00 | 10,000.00 |

___**1**___ continuation sheets attached

Subtotal
(Total of this page)

| 2,290,915.00 | 482,594.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **Arden Johnson**_____,    Case No.  **12-07138-FJO**_____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Second Mortgage | | | | | |
| JP Morgan Chase P.O. Box 32096 Louisville, KY 40232 | - | | Location: 20880 St. Road 37 N., Noblesville IN 46060 Property was appraised approximately 3 years ago by Keller Williams Property has been for sale for over 3.5 years. | | | | | |
| | | | Value $              1,500,000.00 | | | | 308,900.00 | 308,900.00 |
| Account No. | | | 2005 | | | | | |
| Rolling Hills Bank & Trust 1307 E 7th Street Atlantic, IA 50022 | X - | | Mortgage Location: 319 Walnut Street, Atlantic, Iowa 50022 Date of Purchase: 2005 Appraisal in 2005 assessed fair market value between $258,000 to $262,000. Market value listed is reflective of | | | | | |
| | | | Value $              249,000.00 | | | | 290,000.00 | 41,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **1**____ of  **1**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 598,900.00 | 349,900.00 |
| Total (Report on Summary of Schedules) | 2,889,815.00 | 832,494.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re    **Arden Johnson**                                                                 ,    Case No.    **12-07138-FJO**
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Arden Johnson** _____,    Case No. __**12-07138-FJO**_____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **9999**<br><br>**Delaware County Treasurer**<br>**102 County Building**<br>**100 W. Main Street**<br>**Muncie, IN 47305** | - | | **2007 - 2012**<br><br>**Personal Property Tax** | | | | 2,780.00 | | 0.00<br><br>2,780.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | | 2,780.00 | 0.00<br>2,780.00 |
| | Total (Report on Summary of Schedules) | | 2,780.00 | 0.00<br>2,780.00 |

B6F (Official Form 6F) (12/07)

In re **Arden Johnson** _____,    Case No. __**12-07138-FJO**_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9999** <br><br> **Alexander, Moseley, Hand & Arendal, P.C.** <br> **P.O. Box 123** <br> **Mobile, AL 36601** | - | | **2011** <br> **Legal Fees** <br> **Business Debt** | | | | **14,000.00** |
| Account No. **x2009** <br><br> **American Express** <br> **PO Box 650448** <br> **Dallas, TX 75265-0448** | - | | **2010** <br> **Credit Card Purchases** <br> **Date of Last Use: 2011** | | | | **12,492.00** |
| Account No. **xx-xx3116** <br><br> **Amerifactors Financial Group LLC** <br> **c/o Lau, Lane, Preper, Conley, McCreadie** <br> **P.O. Box 938** <br> **Tampa, FL 33601** | - | | **2010** <br> **Business Debt** | | | | **Unknown** |
| Account No. **-xxxxxxxxxxxx6573** <br><br> **Amex** <br> **P.O. Box 297871** <br> **Fort Lauderdale, FL 33329** | - | | **3/28/95** <br> **Credit Card Purchases** <br> **Business Debt** | | | | **13,011.00** |

__**12**__  continuation sheets attached

Subtotal (Total of this page)    **39,503.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Arden Johnson**                                                    ,     Case No.   **12-07138-FJO**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **3066** <br><br> **Baker & Daniels** <br> **P.O. Box 664091** <br> **Indianapolis, IN 46266-4091** | - | | | | **1/2011** <br> **Legal Services** | | | | 521.00 |
| Account No. **xxxxxxxxxxxx1884** <br><br> **Bank Of America** <br> **Po Box 982238** <br> **El Paso, TX 79998** | - | | | | **8/14/99** <br> **Credit Card Purchases** <br> **Date of Lasst Use: 2012** <br><br> **Business Related** | | | | 104,495.00 |
| Account No. **9999** <br><br> **Block Imaging** <br> **5411 Enterprise Drive** <br> **Lansing, MI 48911** | - | | | | **1/2011** <br> **Services** <br> **Business Debt** | | | | 7,394.00 |
| Account No. <br><br> **Bone Set Tool, LLC** <br> **Address Unknown** <br> **Fairhope, AL** | - | | | | **Business Debt** | | | | Unknown |
| Account No. **9999** <br><br> **Bose Mckinney & Evans, LLP** <br> **Attn: Rodger Hendershot** <br> **111 Monument Circle #2700** <br> **Indianapolis, IN 46204** | - | | | | **Business Debt** | | | | Unknown |

Sheet no.  **1**   of  **12**   sheets attached to Schedule of        Subtotal                          112,410.00
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Arden Johnson**                                              ,          Case No.    **12-07138-FJO**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **9999**<br><br>**Bradley A. Sutton**<br>**14513 Meridian Pl W.**<br>**Lynnwood, WA 98087** | | - | | | **Business Debt** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx2849**<br><br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | - | | | **10/10/08**<br>**Credit Card Purchases**<br>**Date of Last use: 2011** | | | | **10,701.00** |
| Account No. **xxxxxxxxxxxx5943**<br><br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | - | | | **11/05/08**<br>**Credit Card Purchases**<br>**Date of last Use: 2011** | | | | **7,673.00** |
| Account No. **001P**<br><br>**Chubb Group of Insurance Co.**<br>**P.O. Box 7247-0180**<br>**Philadelphia, PA 19170-0180** | | - | | | **2011**<br>**Insurance Premium**<br>**Vigilant Insurance Company** | | | | **189.00** |
| Account No. **9999**<br><br>**David E. Firestone**<br>**P.O. Box 2709**<br>**Woodinville, WA 98072** | | - | | | **Business Debt** | | | | **Unknown** |

Sheet no.   **2**   of  **12**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,563.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Arden Johnson**                                          ,     Case No.   **12-07138-FJO**
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **9999** <br><br> David M. Hay <br> 4 Diamond S. Ranch <br> Bellevue, WA 98004 | | - | | Business Debt | | | | **Unknown** |
| Account No. **9999** <br><br> DeFur Voran, LLP <br> 400 S. Walnut Street, Ste. 200 <br> Muncie, IN 47305 | | - | | 9/2010 <br> Legal Services | | | | **2,000.00** |
| Account No. **xx-xxx2196** <br><br> Dwayne Williams/ c/o Gregory Vaughan <br> Holston, VAughan, Andress LLC <br> 211 S. Cedar Street <br> Mobile, AL 36602 | | - | | Business Debt | | | | **Unknown** |
| Account No. **9999** <br><br> ECI Medical Consultants, Inc. <br> 3400 S. County Rd. 600 W. <br> Yorktown, IN 47396 | | - | | 10/2010 <br> Business Services | | | | **1,927.00** |
| Account No. **4765** <br><br> Equifax <br> Attn: Bankruptcy Dept. <br> P.O. Box 740241 <br> Atlanta, GA 30374 | | - | | 2012 <br> Notice Only | | | | **0.00** |

Sheet no.  **3**   of  **12**  sheets attached to Schedule of          Subtotal                   **3,927.00**
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Arden Johnson**                                                    ,        Case No.   **12-07138-FJO**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4753**<br><br>**Estep Doctor and co.**<br>**3737 W. Bethel Ave.**<br>**Muncie, IN 47304** | - | | **2011**<br>**Business Services** | | | | 1,714.00 |
| Account No. **4765**<br><br>**Experian**<br>**Attn: Bankruptcy Dept.**<br>**P.O. Box 2002**<br>**Allen, TX 75013** | - | | **2012**<br>**Notice Only** | | | | 0.00 |
| Account No. **xx-2009**<br><br>**Floyd Kittrell**<br>**c/o Daniel G. Sayers**<br>**2408 Government Street**<br>**Mobile, AL 36606** | - | | **Business Debt** | | | | Unknown |
| Account No. **9999**<br><br>**Gregory C. Mackie**<br>**8307 NE Juanita Drive**<br>**Kirkland, WA 98034** | - | | **Business Debt** | | | | Unknown |
| Account No. **9999**<br><br>**Hamilton County Farm Bureau**<br>**Cooperative**<br>**P.O. Box 1106**<br>**Noblesville, IN 46060** | - | | **2011**<br>**Services- Southern Companies** | | | | 3,021.00 |

Sheet no. __4__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                4,735.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Arden Johnson**                                                    ,        Case No.    **12-07138-FJO**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9999** <br><br> **Hobbs Feed** <br> **P.O. Box 305** <br> **Hobbs, IN 46047** | - | | **2011** <br> **Business Supplies** | | | | **3,100.00** |
| Account No. **9999** <br><br> **In-Site Art Consulting Group** <br> **4565 Marcy Lane** <br> **Indianapolis, IN 46205** | - | | **2007** <br> **Business Services** | | | | **2,425.00** |
| Account No. **9999** <br><br> **Jeffrey A. Roush** <br> **48 Surfwood Circle** <br> **Los Alamitos, CA 90720** | - | | **Business Debt** | | | | **Unknown** |
| Account No. **9999** <br><br> **John W. O'Halloran** <br> **3615 92nd Ave. NE** <br> **Bellevue, WA 98004** | - | | **Business Debt** | | | | **Unknown** |
| Account No. <br><br> **JP Morgan Chase Bank/Private Wealth Man.** <br> **c/o Jeff Ramsey, Hopper Blackwell** <br> **111 Monument Circle, Suite 452** <br> **Indianapolis, IN 46204-5170** | - | | **2007** <br> **Personal Guaranty on two Notes for** <br> **Business of Muncie Medial Real Estate, LLC.** <br> **Bank has security interest in real estate 3570** <br> **Briarwood Lane, Muncie, IN** | | | | **666,449.55** |

Sheet no. __5__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**671,974.55**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Arden Johnson**                                                                    ,        Case No.   **12-07138-FJO**
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Judith Burckel** <br> **67 Dover Trace** <br> **Hattiesburg, MS 39401** | | - | | **Business Debt** | | | | **17,079.96** |
| Account No. **0017** <br><br> **Labor Zone II** <br> **c/o T. Jeff Stein, esq.** <br> **164 St. Francis Street #101** <br> **Mobile, AL 36633** | | - | | **2010** <br> **Business Debt** | | | | **Unknown** |
| Account No. <br><br> **Marcus Sorenson** <br> **CM Sorenson Company, Inc.** <br> **10752 Noel Street** <br> **Los Alamitos, CA 90720** | | - | | **2008** <br> **Business Debt** | | | | **Unknown** |
| Account No. **9999** <br><br> **McKesson Medical Surgical** <br> **P.O. Box 740215** <br> **Cincinnati, OH 45274** | | - | | **2011** <br> **Business Supplies** | | | | **776.00** |
| Account No. **9230, 9321** <br><br> **Medical Physics Consultants** <br> **2309 Shelby Ave.** <br> **Ann Arbor, MI 48103** | | - | | **2011** <br> **Business Services** | | | | **2,500.00** |

Sheet no. __6___ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)         **20,355.96**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Arden Johnson**                                                                   ,          Case No.   **12-07138-FJO**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **9999**<br><br>**Michael Burrus**<br>**16909 NE 141st Place**<br>**Woodinville, WA 98072** | | - | | | **Business Debt** | | | | **Unknown** |
| Account No. **9999**<br><br>**Michael J. Wiesmann**<br>**8907 N E 36th Street**<br>**Yarrow Point, WA 98004** | | - | | | **Business Debt** | | | | **Unknown** |
| Account No. **6716**<br><br>**Mike King Heating & Cooling**<br>**19751 N. County Road 175 West**<br>**Muncie, IN 47303** | | - | | | **2011**<br>**Business Services** | | | | **1,381.00** |
| Account No. **xx-xx-xxxx-xxx5400**<br><br>**Mobile Glass LLC, c/o Clay Lanham**<br>**Vickers, Riis, Murray & Curran LLC**<br>**P.O. Box 2568**<br>**Mobile, AL 36652** | | - | | | **Business Debt** | | | | **Unknown** |
| Account No. **9999**<br><br>**Muncie Medical Real Estate**<br>**7705 Londonderry Court**<br>**Muncie, IN 47304** | | - | | | **3/2010**<br>**Rent for ASA Imaging of Indiana LLC** | | | | **110,419.00** |

Sheet no. __7___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **111,800.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Arden Johnson**                                    ,    Case No.    **12-07138-FJO**
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9999** <br><br> **Northwest Revenue Mgmt.** <br> **5901 Technology Center Drive** <br> **Indianapolis, IN 46278** | - | | **11/2010** <br> **Busines Services** | | | | **150,000.00** |
| Account No. **5001** <br><br> **On Demand Staffing** <br> **c/o T.Jeff Stein, Esq.** <br> **164 St. Francis Street #101** <br> **Mobile, AL 36633** | - | | **2010** <br> **Business Services** | | | | **Unknown** |
| Account No. **9999** <br><br> **Phillips Medical Capital, LLC** <br> **1111 Old Eagle School Road** <br> **Wayne, PA 19087-1453** | - | | **Business Debt** | | | | **2,200,000.00** |
| Account No. **9999** <br><br> **PNC Bank** <br> **P.O. Box 856177** <br> **Louisville, KY 40285-6177** | - | | **Business Loan** <br> **Personal Guaranty** | | | | **212,909.00** |
| Account No. **2497** <br><br> **PNC Bank** <br> **P.O. Box 856177** <br> **Louisville, KY 40285-6177** | - | | **2011** <br> **Credit Card Purchases** <br> **Date of Last Use: 2012** | | | | **21,000.00** |

Sheet no. **8** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,583,909.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Arden Johnson**                                    ,    Case No.    **12-07138-FJO**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx-xxxxxxxxxx8137** <br><br> **Portfolio Recovery & Affiliates** <br> **120 Corporate Blvd Ste 1** <br> **Norfolk, VA 23502** | - | | **3/01/09** <br> **Collection Agent for** <br> **Wells Fargo Bank N.A.** <br> **Voluntary Bus Turn-in** <br> **Business Debt** | | | | 166,794.00 |
| Account No. **Multiple Accts.** <br><br> **PSS World Medical** <br> **P.O. Box 280** <br> **Hillview, KY 40129-0280** | - | | **2011** <br> **Buiness Supplies** | | | | 4,324.00 |
| Account No. **Multiple Accts.** <br><br> **Radiation Services of Indiana** <br> **422 Park 800 Drive** <br> **Greenwood, IN 46143** | - | | **2011** <br> **Business Services** | | | | 6,214.00 |
| Account No. **9999** <br><br> **Radiology Associates of Indianapolis** <br> **1500 Albany St., Ste. 906** <br> **Beech Grove, IN 46107-1557** | - | | **5/2009** <br> **Business Services** | | | | 20,928.00 |
| Account No. **0705, 0918, 2122** <br><br> **Ranac Corporation** <br> **4181 E. 96th Street, Ste. 280** <br> **Indianapolis, IN 46240** | - | | **2011** <br> **Business Services** | | | | 2,668.00 |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **200,928.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Arden Johnson**                                                    ,          Case No.    **12-07138-FJO**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9999** <br><br> Robert W. Johnson <br> 3710 96th Ave. SE <br> Mercer Island, WA 98040 | | - | Business Debt | | | | **Unknown** |
| Account No. **9999** <br><br> SB Capital Corp <br> P.O. Box 1000 <br> Finance Dept. <br> Montville, NJ 07045-1000 | | - | 2011 <br> Business Debt | | | | **5,803.00** |
| Account No. **9999** <br><br> Spencer & Jennifer Nurse <br> 33 Clyde Lane <br> Bellevue, WA 98004 | | - | Business Debt | | | | **Unknown** |
| Account No. **xxxxx-xxxx-xx-xx2076** <br><br> Spohn Associates Inc c/o Chrstine Hickey <br> Rubin & Levin, PC <br> 342 Massachusetts Ave. #500 <br> Indianapolis, IN 46204 | | - | 2010 <br> Business Debt | | | | **Unknown** |
| Account No. **9999** <br><br> Stephen J. Dunn <br> 18251 13th Ave. NW <br> Seattle, WA 98177 | | - | Business Debt | | | | **Unknown** |

Sheet no. __**10**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,803.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Arden Johnson**                                                    ,    Case No.    **12-07138-FJO**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **9999**<br><br>**Steven & Brenda Charleston**<br>**1434 268th Way SE**<br>**Sammamish, WA 98075** | | - | | **Business Debt** | | | | **Unknown** |
| Account No. **xx-xx-xx9052**<br><br>**Surfer, Inc. c/o Jonathan Festa**<br>**Stewart Howard PC**<br>**411 S. Francis Street**<br>**Mobile, AL 36633** | | - | | **Business Debt** | | | | **Unknown** |
| Account No. **4765**<br><br>**Transunion**<br>**Attn: Bankruptcy Dept.**<br>**P.O. Box 1000**<br>**Chester, PA 19022** | | - | | **2012**<br>**Notice Only** | | | | **0.00** |
| Account No. **4796**<br><br>**Waste Management**<br>**1411 Opus Pl., Ste. 400**<br>**Downers Grove, IL 60515** | | - | | **2011**<br>**Busines Services** | | | | **670.00** |
| Account No. **2351**<br><br>**Wells Fargo/Home Projects (VISA)**<br>**P.O. Box 10475**<br>**Des Moines, IA 50306** | | - | | **2010**<br>**Credit Card Purchases**<br>**Date of Last Use: 2011**<br><br>**Business Related Purchases** | | | | **12,355.00** |

Sheet no. **11** of **12** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,025.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Arden Johnson**                                        ,                    Case No.   __12-07138-FJO__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx8137**<br><br>**Wf/Wb Cc**<br>**Po Box 3117**<br>**Winston Salem, NC 27102** | - | | **12/01/09**<br>**Business Debt** | | | | 318,580.00 |
| Account No. **xxxxxxxxxxxx2351**<br><br>**Wff/National Bank**<br>**Po Box 94498**<br>**Las Vegas, NV 89193** | - | | **9/09**<br>**Credit Card Purchases**<br>**Business Debt** | | | | 12,785.00 |
| Account No. **3194**<br><br>**Zetta medical Technologies**<br>**363 Enterprise Parkway**<br>**Lake Zurich, IL 60047** | - | | **2011**<br>**Business Services** | | | | 2,500.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 333,865.00 |
| | Total<br>(Report on Summary of Schedules) | 4,120,798.51 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Arden Johnson**                                          ,   Case No.   __**12-07138-FJO**_____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AT&T** | **Cell Phone Contract** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re  **Arden Johnson**                                          ,          Case No.    **12-07138-FJO**
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Carol Johnson (Spouse)**<br>**20880 State Road 37 North**<br>**Noblesville, IN 46060** | **Chase**<br>**10790 Rancho Bernardo Rd**<br>**San Diego, CA 92127** |
| **Carol Johnson (Spouse)**<br>**20880 State Road 37 North**<br>**Noblesville, IN 46060** | **Rolling Hills Bank & Trust**<br>**1307 E 7th Street**<br>**Atlantic, IA 50022** |
| **Carol Johnson (Spouse)**<br>**20880 State Road 37 North**<br>**Noblesville, IN 46060** | **Community Bank**<br>**830 Logan Street**<br>**Noblesville, IN 46060-2223** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Arden Johnson**                                                                 Case No.  **12-07138-FJO**
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son**<br>**Son** | AGE(S):<br>**13**<br>**20**<br>**22** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Unemployed** | **Unemployed** |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $        0.00 | $        0.00 |
| 2. Estimate monthly overtime | $        0.00 | $        0.00 |
| 3. SUBTOTAL | $        0.00 | $        0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $        0.00 | $        0.00 |
| b. Insurance | $        0.00 | $        0.00 |
| c. Union dues | $        0.00 | $        0.00 |
| d. Other (Specify): | $        0.00 | $        0.00 |
| | $        0.00 | $        0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $        0.00 | $        0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $        0.00 | $        0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $        0.00 | $        0.00 |
| 8. Income from real property | $    3,500.00 | $        0.00 |
| 9. Interest and dividends | $        0.00 | $        0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $        0.00 | $        0.00 |
| 11. Social security or government assistance<br>(Specify): | $        0.00<br>$        0.00 | $        0.00<br>$        0.00 |
| 12. Pension or retirement income | $        0.00 | $        0.00 |
| 13. Other monthly income<br>(Specify): | $        0.00<br>$        0.00 | $        0.00<br>$        0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $    3,500.00 | $        0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $    3,500.00 | $        0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $    3,500.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6J (Official Form 6J) (12/07)**

In re **Arden Johnson** _____     Case No. **12-07138-FJO** _____
                     Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,000.00 |
| a. Are real estate taxes included?           Yes ___        No **X** | | |
| b. Is property insurance included?           Yes ___        No **X** | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 300.00 |
| b. Water and sewer | $ | 50.00 |
| c. Telephone | $ | 100.00 |
| d. Other **See Detailed Expense Attachment** | $ | 599.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 900.00 |
| 5. Clothing | $ | 250.00 |
| 6. Laundry and dry cleaning | $ | 45.00 |
| 7. Medical and dental expenses | $ | 475.00 |
| 8. Transportation (not including car payments) | $ | 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 400.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 2,056.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other **Community Bank Mortgage** | $ | 3,500.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **See Detailed Expense Attachment** | $ | 620.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 12,095.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 3,500.00 |
| b.    Average monthly expenses from Line 18 above | $ | 12,095.00 |
| c.    Monthly net income (a. minus b.) | $ | -8,595.00 |

**B6J (Official Form 6J) (12/07)**

In re   **Arden Johnson**                                                        Case No.   **12-07138-FJO**
                        Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Cellular | $ | 350.00 |
| Cable | $ | 124.00 |
| Internet | $ | 125.00 |
| **Total Other Utility Expenditures** | $ | **599.00** |

**Other Expenditures:**

| | | |
|---|---|---:|
| Personal Hygiene Expenses | $ | 100.00 |
| School Expenses | $ | 350.00 |
| Pet Expenses | $ | 170.00 |
| **Total Other Expenditures** | $ | **620.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Arden Johnson**                             Case No.    **12-07138-FJO**

                                 Debtor(s)                Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **32**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 28, 2012**                     Signature    **/s/ Arden Johnson**

                                                      **Arden Johnson**

                                                         Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.