UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                      )
    ARDEN JOHNSON              )         CASE NO. 12-07138-FJO-7
        Debtor                        )

## MOTION FOR CONTINUANCE OF HEARING

Comes now Debtor, Arden Johnson, by counsel, and respectfully requests a continuance of the hearing on the Chapter 7 Trustee's motion to sell Debtor's assets and Debtor's objection to said motion scheduled for February 3rd, 2014 at 9:30 a.m., and in support of said Motion would respectfully show the Court as follows:

1. That Chapter 7 Trustee filed a motion to sell Debtor's assets on December 23, 2013.

2. That Debtor objected to said motion.

3. That the court set this matter for a hearing on February 3rd, 2014 at 9:30 a.m.

4. That the parties are trying to resolve this matter and need additional time to determine if the parties can enter into an agreement.

5. That Counsel for Debtor has spoken to Counsel for the Chapter 7 Trustee and he has no objection to this motion for continuance.

6. That this request for continuance is not for the purpose of delay, but rather for the proper administration of justice.

WHEREFORE, the Debtor prays the Court grant this Motion for Continuance, and reset this matter for hearing and for all other proper relief.

                Respectfully submitted,

                /s/John T. McManus, #20630-49
                Attorney for Debtor
                11703 Maple Street
                Fishers, IN 46038
                (317) 841-0315

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and complete copy of the foregoing was served by ECF, upon the following this 28th day of January, 2014.

U.S. Trustee
Chapter 7 Trustee
Chapter 7 c/o Counsel

/s/John T. McManus, #20630-49
Attorney for Debtor